NOTE — Reported at 389 N.E.2d 719.

DAYTON WALTHER CORPORATION *v.* RHONDA SUE CALDWELL

[No. 1-878A232 and 1-878A233. Filed May 22, 1979. Rehearing denied August 14, 1979. Transfer granted April 17, 1980.]